IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DONALD J. SAUCIER | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL NO.: 1:12cv292-HSO-RHW |
| | § | |
| MISSISSIPPI DEPARTMENT OF CORRECTIONS and JERRY WILLIAMS | § § § | DEFENDANTS |

### FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment [38] filed by Defendant Mississippi Department of Corrections.  The Court, after a full review and consideration of Defendant's Motion, Plaintiff's Response [40], Defendant's Rebuttal [41], the record, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Judgment is rendered in favor of Defendant pursuant to Federal Rule Civil Procedure 56.  This civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 1st day of December, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE